**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 12-10449<br>12-10450 |
| Plaintiff - Appellee, | |
| v. | D.C. Nos. 4:11-cr-50292-DCB<br>4:11-cr-03821-DCB |
| CARLOS BARTOLON-LOPEZ, a.k.a.<br>Anthony Felix-Lopez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted November 19, 2013[**]

Before:     CANBY, TROTT, and THOMAS, Circuit Judges.

In these consolidated appeals, Carlos Bartolon-Lopez appeals his guilty-plea

conviction and 77-month sentence for reentry after deportation, in violation of 8

U.S.C. § 1326; and the revocation of supervised release and concurrent eight-

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

month sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Bartolon-Lopez's counsel has filed a brief stating that there are no

grounds for relief, along with a motion to withdraw as counsel of record.  We have

provided Bartolon-Lopez the opportunity to file a pro se supplemental brief.  No

pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**